## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BOISE CASCADE BUILDING MATERIALS DISTRIBUTION LLC<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>    *Defendant*. | SUMMONS<br><br>Court No. 23-00159 |

TO: The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                **/s/ Mario Toscano**
                Clerk of the Court

1. **Name and Standing of Plaintiff:**

   Plaintiff in this action is Boise Cascade Building Materials Distribution LLC ("Boise Cascade"). Plaintiff was a party to the proceeding that led to the contested determination and is an interested party as described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A), as a United States importer of subject merchandise. Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   The appeal is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii) and 19 U.S.C. § 1516a(a)(2)(B)(vi) and this Court has jurisdiction pursuant to 28 U.S.C. § 1581(c).

2. **Brief Description of Contested Determination:**

   Plaintiff contests certain findings of fact and issues of law by the U.S. Department of Commerce in *Certain Hardwood Plywood Products From the People's Republic of China: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders*, 88 Fed. Reg. 46,740 (Dep't of Commerce Jul. 20, 2023).

1

3. **Date of Determination:**

The contested determination was dated July 14, 2023.  *See* Memorandum from James Maeder, Deputy Assistant Secretary for Enforcement and Compliance, to Lisa W. Wang, Assistant Secretary for Enforcement and Compliance, *Subject: Issues and Decision Memorandum for Circumvention and Scope Inquiries of the Antidumping Duty and Countervailing Duty Orders on Certain Hardwood Plywood Products from the People's Republic of China* (Dep't of Commerce Jul. 14, 2023).

4. **Notice of Contested Determination:**

The contested determination was published in *Certain Hardwood Plywood Products From the People's Republic of China: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders*, 88 Fed. Reg. 46,740 (Dep't of Commerce Jul. 20, 2023).

Respectfully Submitted,

/s/ Kristen S. Smith
Kristen S. Smith
Sarah E. Yuskaitis

**SANDLER TRAVIS & ROSENBERG, P.A.**
1300 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Tel: (202) 730-4965
Fax: (202) 842-2247

*Attorneys for Plaintiff*

Dated: August 14, 2023

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

Robert Heilferty, Esq.
Office of the Chief Counsel for Trade
Enforcement and Compliance
**U.S. Department of Commerce**
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, NY 10278